```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Waleed Abdula Alomeri, et al,<br><br>         Defendants | Case No. **2:10-cv-03373-JAM-GGH**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

    IT IS HEREBY ORDERED THAT Defendant Trang Hoang be and is hereby dismissed With Prejudice pursuant to FRCP 41(a)(2).  Case to remain open against remaining Defendants.

Date:  11/21/2011

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-03373-JAM-GGH- 1

PDF created with pdfFactory trial version www.pdffactory.com